IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

UNITED STATES OF AMERICA   :
                           :      Criminal No. 21-2115
         v.                :
                           :      **MOTION FOR ENLARGEMENT OF**
                           :      **TIME TO FILE APPELLANT'S**
                           :      **BRIEF & APPENDIX**
FRANK NUCERA, JR.          :

   Appellant, Frank Nucera, Jr., by and through his attorney, Rocco C. Cipparone, Jr., Esquire, hereby moves for an enlargement of time to February 14, 2022 to file and serve the brief for the Appellant and Appendix in this matter and states in support thereof:

1. Notice of Appeal was filed in a timely fashion.

2. I recently participated in a criminal trial in the District of Delaware during the month of October and the preparation leading up to such was substantial. Thereafter, I immediately had to begin preparing for a retrial regarding two counts in USA v. Nucera which resulted in a hung jury previously. That was the same case from which the conviction involved in this current appeal emanated. That preparation took a substantial time investment, and the trial began with jury selection on November 8, 2021 and concluded in another hung jury on December 1, 2021. During those above-referenced periods of time, of course, counsel was not able to invest time in the research and drafting of this appeal brief.

3. The back-to-back trials and preparation have impacted my schedule and other deadlines and commitments, of course. Due to the amount of legal research required and my case load and other commitments, which includes several CJA appointments, I require additional time to render a competent brief on behalf of my

client, Frank Nucera, Jr.

4. Assistant U. S. Attorney Mark E. Coyne has advised that he has no objection to the granting of this motion.

5. Therefore, I am requesting a 60 day extension to February 14, 2022 to submit appellant's brief and appendix until February 14, 2022.

WHEREFORE, Appellant, Frank Nucera, Jr., by and through his attorney, Rocco C. Cipparone, Jr., Esquire, respectfully requests that this Court grant an enlargement of time to February 14, 2022, for filing appellant's brief and appendix.

Respectfully Submitted,

BY: /s/Rocco C. Cipparone Jr.
Rocco C. Cipparone, Jr.